# Third District Court of Appeal

## State of Florida

Opinion filed August 5, 2022.

_____

No. 3D22-1330
Lower Tribunal No. F21-16226
_____

**Ricky Willis,**
Petitioner,

vs.

**Cassandra Jones, etc., et al.,**
Respondents.

A Case of Original Jurisdiction – Habeas Corpus.

Carlos J. Martinez, Public Defender, and Andrew Stanton, Assistant Public Defender, for petitioner.

Ashley Moody, Attorney General, and Magaly Rodriguez, Assistant Attorney General, for respondent The State of Florida.

Before EMAS, LINDSEY and LOBREE, JJ.

PER CURIAM.

Ricky Willis petitions this court for a writ of habeas corpus. The trial

court ordered him held without bond on the charges of murder in the second degree and possession of a firearm by a convicted felon despite finding after an <u>Arthur</u>[1] hearing that proof was not evident nor presumption great. We grant the petition for writ of habeas corpus and direct the trial court to conduct a rule 3.131 pretrial release hearing. See <u>Joseph v. Junior</u>, 319 So. 3d 766, 767 (Fla. 3d DCA 2021); <u>Ginsberg v. Ryan</u>, 60 So. 3d 475, 477 (Fla. 3d DCA 2011). This decision is without prejudice for the State to file a legally sufficient motion for pretrial detention, should it choose to do so. See <u>Joseph</u>, 319 So. 3d at 767; <u>Ho v. State</u>, 929 So. 2d 1155, 1155 (Fla. 5th DCA 2006). The trial court is directed to hold the hearing no later than three business days following the issuance of this opinion. See <u>id.</u>

Petition granted; cause remanded.

---

[1] <u>State v. Arthur</u>, 390 So.2d 717 (Fla. 1980).